(485 F. 2d 1401)

D. C. ANDREWS INTERNATIONAL, INC. *v.* THE UNITED STATES

(No. 5520, C.A.D. 1107)

United States Court of Customs and Patent Appeals, October 25, 1973

*Allerton deC. Tompkins*, attorney of record, for appellant.

*Irving Jaffe*, Acting Assistant Attorney General, *Andrew P. Vance*, Chief, Customs Section, *David B. Greenfield* for the United States.

[Oral argument October 1, 1973 by Mr. Tompkins and Mr. Greenfield]

Before MARKEY, *Chief Judge*, RICH, BALDWIN, LANE & MILLER, *Associate Judges*

PER CURIAM

This appeal is from the order and judgment of the United States Customs Court, *D. C. Andrews International, Inc.* v. *United States*, Reappraisement Nos. R67/18607, etc., entered July 21, 1972, denying appellant's motion for vacation of an order entered May 26, 1972, dismissing the instant five actions for lack of prosecution, for a re-hearing as to the dismissal, and for permission to file a Motion to Con-solidate the appeals in the instant actions with a different reappraise-ment appeal.

We have considered the order and the effect of the order upon appellant, and agree with the Customs Court that the dismissal of the actions for lack of prosecution was properly granted.

The order of the Customs Court is *affirmed.*